CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Karlene Hendricks-Ortiz**; DOB: 1972; United States<br>**Mark Isaiah Manuel**; DOB: 1984; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04954MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 21, 2026, in the District of Arizona, **Karlene Hendricks-Ortiz** and **Mark Isaiah Manuel**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Elver Humberto Lopez-Perez and Brayan Javier Zelaya-Lopez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 21, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) were assigned to operations on the Tohono O'odham Nation (TON) south of Sells, Arizona on Federal Route (FR) 19. FR 19 is a rural road that runs north and south connecting the border and Sells, Arizona near State Route (SR) 86. This area is frequently exploited by smuggling organizations while they attempt to circumvent Border Patrol checkpoints. At approximately 7:30 a.m., an air asset observed two individuals exit the brush and enter the back of a white 2010 Ford F-150 near mile marker 18.5 on the Topawa Loop. The air asset maintained visual of the Ford as it left the area and turned north on FR 19. BPAs responded to the area and pulled behind the Ford. Record checks on the Ford returned out of Sells, Arizona and the vehicle had alerts for alien smuggling activity. BPAs observed two individuals in the front seat of the Ford and noticed that they appeared to be placing a blanket in the back area of the cab. At approximately 7:42 a.m., BPAs initiated a vehicle stop and the Ford yielded near mile marker 26 on FR 19. BPAs approached the Ford and noticed a shoulder not covered by the blanket in the backseat. There was also movement coming from under the blanket. BPAs removed the individuals from the vehicle to perform an immigration inspection. The two individuals that were under the blanket on the floor of the vehicle, identified as Elver Humberto Lopez-Perez and Brayan Javier Zelaya-Lopez, were determined to be citizens of Guatemala and Honduras illegally present in the United States. Record checks revealed that Elver Humberto Lopez-Perez and Brayan Javier Zelaya-Lopez do not possess the proper documentation to enter, pass through, or remain in the United States legally. The driver, identified as **Karlene Hendricks-Ortiz**, and the front passenger, identified as **Mark Isaiah Manuel**, were determined to be United States citizens.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Elver Humberto Lopez-Perez and Brayan Javier Zelaya-Lopez

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |

**Sworn by telephone** x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 22, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**



Material witness Elver Humberto Lopez-Perez stated that he is a citizen of Guatemala and that he paid 150,000 Guatemalan quetzales to be smuggled into the United States. He crossed the border with one other individual after the guide walked them to the border. The guide did not cross the border. Lopez-Perez and the other individual made it to the pick-up location where they were picked up by a white pickup truck. He was never in contact with the driver. The driver waved at him with their hand to get their attention. After Lopez-Perez entered the vehicle, the driver instructed him to lay down on the back floor. Lopez-Perez described the driver as a female with curly, black hair who spoke English.

Material witness Brayan Javier Zelaya-Lopez stated that he is a citizen of Honduras and that he was going to pay $15,000 to be smuggled into the United States. He crossed the border with two other individuals including a guide. The guide walked with them for a short time before returning to Mexico. After the guide left, they were guided by cellphone to a pick-up location where they waited for approximately 24 hours. The guide told them to be ready because a white truck was on its way to pick them up. When the truck arrived, the driver waved at them to get into the vehicle. Once inside the vehicle, a male passenger signaled with his hands for them to lay down on the backseat floor. The passenger then covered them with what seemed like clothes to help conceal their bodies. The driver and passenger did not provide any further instructions. Zelaya-Lopez described the driver as a medium-size female with long hair who was wearing white shorts and a sleeveless shirt. He described the passenger as a heavy-set male with long hair who was wearing blue jeans and a shirt.